| | | |
|---|---|---|
| *AO 10*<br>*Rev. 1/2008* | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| I. Person Reporting (last name, first, middle initial)<br><br>Hudson, Henry E. | 2. Court or Organization<br><br>USDC, Eastern District of VA | 3. Date of Report<br><br>04/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>701 East Broad Street<br>Suite 6312<br>Richmond, Virginia 23219-1833 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Virginia Retirement System, Judicial pension (retirement effective September 1, 2002; payment commenced January, 2003) |
| 2. | |
| 3. | |

Hudson_Henry_E

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hudson, Henry E. | 04/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2008 | Adjunct Professor, University of Richmond School of Law | $625.00 |
| 2. 2008 | Loft Press, book royalties | $5,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navy Federal Credit Union | VISA and Mastercard (credit cards) | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (Accounts) | A | Interest | J | T | | | | | |
| 2. Branch Bank & Trust (BB&T) (Accounts) | A | Interest | K | T | | | | | |
| 3. Cardinal Bank (Stock) | A | Dividend | K | T | | | | | |
| 4. Navy Federal Credit Union (Accounts) | B | Interest | L | T | | | | | |
| 5. Campaign Solutions, Inc. | D | Dividend | K | W | | | | | |
| 6. Franklin High-Yield Fund | C | Interest | M | T | | | | | |
| 7. Dominion Resources, Inc. | C | Dividend | L | T | Sold (part) | 7/1 | J | C | |
| 8. American Fund - Capital World Growth and Income Fund | A | Interest | K | T | Sold (part) | 12/16 | J | A | |
| 9. AMCAP Fund, Inc., Class A | A | Dividend | | | Sold | 8/1 | J | C | |
| 10. American Legacy II - Lincoln National Life | C | Dividend | M | T | | | | | |
| 11. Virginia Retirement System | D | Dividend | K | T | | | | | |
| 12. International Speed | A | Dividend | | | Sold | 10/23 | J | A | |
| 13. Baron Select Funds - Baron Partners | A | Dividend | | | Sold | 8/22 | J | A | |
| 14. Blackrock Funds - Large Cap Value | A | Dividend | J | T | | | | | |
| 15. Blackrock Funds - Int'l Opportunities | A | Dividend | J | T | Buy | 8/25 | J | | |
| 16. Blackrock Funds - Int'l Opportunties | A | Dividend | J | T | Sold (part) | 10/15 | J | | |
| 17. Bridgeway Fund - Ultra Small Co. Tax Adv. | A | Dividend | | | Sold | 8/22 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CRM Mid Cap Value Fund | A | Dividend | | | Sold | 8/22 | J | A | |
| 19. Diamond Hills Funds - Small Cap Fund | A | Dividend | J | T | | | | | |
| 20. Dodge & Cox Int'l Stock Fund | A | Dividend | | | Sold | 8/22 | J | B | |
| 21. Franklin Federal Intermediate Term Tax Free Income Fund | B | Dividend | L | T | | | | | |
| 22. Franklin Virginia Tax Free Income Fund | C | Dividend | L | T | | | | | |
| 23. Goldman Sachs Tr. Fin. Square MMKT | A | Dividend | J | T | | | | | |
| 24. Hotchkis & Wiley Core Value Fund | A | Dividend | J | T | | | | | |
| 25. Janus Investment Fund | A | Dividend | | | Sold | 8/22 | J | A | |
| 26. Julius Baer Int'l Equity Fund II | A | Dividend | | | Sold | 8/25 | J | A | |
| 27. Kinetics Small Cap Opp. Fund - Institutional Class | A | Dividend | J | T | Sold (part) | 8/15 | J | | |
| 28. Munder Midcap Core Growth Fund - Class Y | A | Dividend | | | Sold | 8/22 | J | A | |
| 29. Nuveen Tradewinds Int'l | A | Dividend | J | T | Sold (part) | 8/15 | J | | |
| 30. Nuveen Int'l Value Fund | A | Dividend | J | T | Sold (part) | 9/1 | J | | |
| 31. Pioneer Cullen Value Fund | A | Dividend | | | Sold | 8/22 | J | A | |
| 32. Sunamerica Funds - Focused Small Cap Growth | A | Dividend | | | Sold | 8/22 | J | A | |
| 33. Wells Fargo Advantage Endeavor Select Fund | A | Dividend | J | T | Sold (part) | 7/15 | J | | |
| 34. Keeley Small Cap Value Fund A | A | Dividend | | | Sold | 8/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Nationwide Mutual Fund | A | Dividend | | | Sold | 5/15 | J | A | |
| 36.   RS Investment Tr. Global - Natural Res. Fund | A | Dividend | J | T | Sold (part) | 8/15 | J | | |
| 37.   SSGA FDS Int'l | A | Dividend | | | Sold | 1/22 | J | A | |
| 38.   Touchstone Int'l FDS - Sands Cap Growth | A | Dividend | | | Sold | 8/22 | J | B | |
| 39.   John Hancock Classic Value Fund | A | Dividend | J | T | Buy | 8/25 | J | | |
| 40.   John Hancock Classic Value Fund | A | Dividend | J | T | Sold (part) | 10/1 | J | | |
| 41.   Artio Int'l Equity Fund | A | Dividend | J | T | Buy | 5/30 | J | | |
| 42.   Artio Int'l Equity Fund | A | Dividend | J | T | Sold (part) | 12/1 | J | | |
| 43.   Less Mason Value Trust | A | Dividend | J | T | Buy | 8/25 | J | | |
| 44.   Less Mason Value Trust | A | Dividend | J | T | Sold (part) | 10/15 | J | | |
| 45.   Apple, Inc. | A | Dividend | J | T | Buy | 10/23 | J | | |
| 46.   Genworth Financial | A | Dividend | J | T | Buy | 11/17 | J | | |
| 47.   Aberdeen Funds Small Cap | A | Dividend | J | T | Buy | 10/17 | J | | |
| 48.   Aberdeen Funds Small Cap | A | Dividend | J | T | Sold (part) | 12/15 | J | | |
| 49.   Hartford Int'l Growth Fund | A | Dividend | J | T | Buy | 10/25 | J | | |
| 50.   Hartford Int'l Growth Fund | A | Dividend | J | T | Sold (part) | 12/15 | J | | |
| 51.   Managers Time SSQ | A | Dividend | J | T | Buy | 8/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Managers Time SSQ | A | Dividend | J | T | Sold (part) | 12/15 | J | | |
| 53. American Century Fund - Vista Fund | A | Dividend | J | T | Buy | 8/25 | J | | |
| 54. American Century Fund - Vista Fund | A | Dividend | J | T | Sold (part) | 12/11 | J | | |
| 55. Cambiar Opportunity Fund | A | Dividend | J | T | Buy | 8/25 | J | | |
| 56. Cambiar Opportunity Fund | A | Dividend | J | T | Sold (part) | 12/1 | J | | |
| 57. RS Investment Funds | A | Dividend | J | T | Buy | 8/25 | J | | |
| 58. RS Investment Funds | A | Dividend | | | Sold | 11/15 | J | | |
| 59. Harbor Small Co Growth Fund Inv. | A | Dividend | J | T | Buy | 8/25 | J | | |
| 60. Harbor Small Co Growth Fund Inv. | A | Dividend | J | T | Sold (part) | 12/1 | J | | |
| 61. Security Equity Fund Mid Cap Value | A | Dividend | J | T | Buy | 8/25 | J | | |
| 62. Security Equity Fund Mid Cap Value | A | Dividend | J | T | Sold (part) | 11/15 | J | | |
| 63. Satiut Capital Micro Cap Fund | A | Dividend | J | T | Buy | 8/25 | J | | |
| 64. Satiut Capital Micro Cap Fund | A | Dividend | J | T | Sold (part) | 11/15 | J | | |
| 65. TIAA-CREF Institutional Int'l Equity Fund | A | Dividend | J | T | Buy | 1/23 | J | | |
| 66. TIAA-CREF Institutional Int'l Equity Fund | A | Dividend | J | T | Sold (part) | 10/1 | J | | |
| 67. Touchstone Large Cap Growth Fund | A | Dividend | J | T | Buy | 8/22 | J | | |
| 68. Touchstone Large Cap Growth Fund | A | Dividend | J | T | Sold (part) | 12/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hudson, Henry E. | 04/01/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544